# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

TERRENCE CORBETT, Plaintiff,

V.

MAXIM CASAS, et al., defendants.

Civil Action No. 23-2400(SDW-JBC)

MOTION FOR ENTRY OF A DEFAULT AND A DEFAULT JUDGEMENT.

I, plaintiff pro se TERRENCE CORBETT, am requesting that the Court Clerk entry for default and Default Judgement. (1) Being that the Defendants have let the time for them to answer plaintiff complaint expired. (2) The records will indicate that proof of service has been filed in this civil action on 7/14/2023 And that a answer was due on 8/4/2023. It now September 17, 2023 And still no reply. Fed. R. Civ. P. 55.

The defendants, Maxim Cases, Chuck, Michell, Maduka, Kate N. and Calypso. all willfully defaulted and deliberate conduct and that their failure to file an answer prove and show there disregrand and notably defendants

pg 2

Offered no explantion for their self or counsel failure to appear or seek any extension of time to respond to the complaint late. See McNulty, 137 F.3d at 738.

Defendant's default for their failure to appear or otherwise defend there action. Pursuant to federal rules of civil procedure 55(A). Plaintiff filed the motion pursuant to Rule 55(B) of federal rules of civil procedure for failure to pled or othewise defend action.

Defendant's Have not show a legitimat excuse or a good defense. My medical record and message to medical on the Kiosh will prove everything I'm saying is true.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TERRENCE CORBETT, Plaintiff. | Civil Action No 23-2400 (SDW-JBC) |
| V. | AFFIDAVIT OF FACT |
| MAXIM CASAS, et al., defendants | |

I, TERRENCE CORBETT, certify and attest under oath of full age and duly sworn, of my own free will The following in support of plaintiff: Terrence Corbett motion for Entry of a default and default Judgement.

(1) Upon information and belief all the defendant's are all not under the age of eighteen nor are they incompent person and are not mentally incompetent persons.

(2) The time for the defendants to answer plaintiff complaint has expired. Expired 8/4/2023.

(3) The complaint was for the amount $ 5,000,000.00

(4) My medical records and record from Hudson County Correction Center on the Kiosh will show the date's I talk to medical and about my hand. That show everything I'm saying...

(5) The records will indicate that proof of service has been filed in this civil action on 7/14/2023 answer was do on 8/4/2023

I certify that the foregoing statements made by me are true I am aware that if any of the foregoing statement made by me are willfully false, I am subject to punishment

Signed this __18th__ day of __Sept__, 2023
By _____

WILMA MACHADO
NOTARY PUBLIC
STATE OF NEW JERSEY
ID # 2452778
MY COMMISSION EXPIRES JUN. 05, 2025

Wilma Machado 9/18/2023

TERRENCE Cobbett 354276
Hudson County Correctional Center
35 Hackensack Ave
Kearny, NJ 07032





United States District Court
District of New Jersey
Court Clerk
50 Walnut Street
Newark, NJ 07101

2023 SEP 22 A 11: 37
DISTRICT OF NEW JERSEY
RECEIVED