**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TERRENCE CORBETT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MAXIM CASAS, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 23-2400 (SDW) (JBC)<br><br>**WHEREAS OPINION AND ORDER**<br><br>September 10, 2024 |

**WIGENTON**, District Judge.

    **THIS MATTER** having come before this Court upon *pro se* Plaintiff Terrence Corbett's ("Plaintiff") renewed Motion for Default Judgment (D.E. 21 ("Motion")); and

    **WHEREAS** the Motion does not include a proposed order identifying the damages sought, or include documentation to support such damages which are necessary for this Court to make a determination under Federal Rule of Civil Procedure 55;

    **IT IS**, on this 10th day of September 2024,

    **ORDERED** that the Motion is denied without prejudice; and it is further

    **ORDERED** that Plaintiff shall have thirty (30) days within the entry of this Order to refile a motion that includes a proposed order, the scope of any damages sought, and documentation supporting such damages; and it is further

    **ORDERED** that the Clerk of Court shall serve a copy of this Order on Plaintiff by regular U.S. mail; and it is further

    **ORDERED** that the Notice of Call for Dismissal (D.E. 20) is hereby withdrawn.

**SO ORDERED.**

        /s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:   Clerk
cc:     Parties
        James B. Clark, U.S.M.J.